

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-22-00490-CV

**IN THE INTEREST OF B.H. JR.**, a Child

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000219
Honorable Robert J. Falkenberg, Judge Presiding

# O R D E R

    This is an accelerated appeal of an order terminating appellant's parental rights, and this court must disposed of it within 180 days of the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due by August 4, 2022, and the court reporter filed a notification of late record requesting an extension until August 12, 2022. After consideration, we **grant** the request and **order** the court reporter to file the reporter's record **by August 12, 2022**.

    It is so **ORDERED** on August 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT